
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

MARION BATSCHE, individually and on behalf of all others similarly situated,

        Plaintiff,

-v-

MIDLAND CREDIT MANAGEMENT, INC.,

        Defendant.

Civil Case Number: 1:20-cv-00784-PB

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:	December 1, 2020

| | |
|---|---|
| /s/ Ari Marcus | /s/ Andrew Schneiderman |
| Ari Marcus, Esq. | Andrew Schneiderman, Esq. |
| MARCUS & ZELMAN, LLC | HINSHAW & CULBERTSON LLP |
| 701 Cookman Avenue, Suite 300 | 53 State Street, 27th Floor |
| Asbury Park, NJ 07712 | Parsippany, NJ 07054 |
| Tel: (732) 695-3282 | Tel: (617) 213-7000 |
| Email: ari@marcuszelman.com | Email: aschneiderman@hinshawlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Marion Batsche* | *Midland Credit Management, Inc.* |