# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

MARION BATSCHE, individually and on behalf of all others similarly situated,

            Plaintiff,

-v-

MIDLAND CREDIT MANAGEMENT, INC.,

            Defendant.

Civil Case Number: 1:20-cv-00784-PB

## ORDER

**IT IS HEREBY ORDERED:**

THAT all claims asserted against all Defendants in Civil Action No. 1:20-cv-00784-PB, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __2__ **day of** __December__, **2020.**

      /s/ Paul Barbadoro
      _____
      HONORABLE PAUL J. BARBADORO
      CHIEF UNITED STATES DISTRICT JUDGE