```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Marion Batsche

    v.

                                          Case No. 20-cv-784-PB

Midland Credit Management, Inc.

<u>JUDGMENT</u>

In accordance with Order by Judge Paul Barbadoro dated December 2, 2020, and the Stipulation of Dismissal dated 12/1/2020, judgment is hereby entered.

                                                By the Court:

                                                /s/ Daniel J. Lynch
                                                Daniel J. Lynch
                                                Clerk of Court

Date: December 3, 2020

cc:    Terrie L. Harman, Esq.
       Ari Marcus, Esq.
       Timothy Laurent Chevalier, Esq.
       Joseph Paul Murphy, Esq.
       Andrew Schneiderman, Esq.